1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VERNON D. CARROLL,

11            Plaintiff,                    No. CIV S-12-0224 CMK P

12       vs.

13  J. KELLY, et al.,

14            Defendants.                   ORDER

15  _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17  to 42 U.S.C. § 1983.[1]  In his complaint, plaintiff alleges violations of his civil rights by

18  defendants.  The alleged violations took place in Kings County, which is part of the Fresno

19  Division of the United States District Court for the Eastern District of California.  See Local Rule

20  120(d).

21            Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24  court.

25  _____

26       [1] Plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  February 10, 2012

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

/mp
carr 12cv0224.22fn

2