# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON D. CARROLL, | CASE NO. 1:12-CV-0201-DLB PC |
| Plaintiff, | ORDER STRIKING COMPLAINT AS UNSIGNED |
| v. | (DOC. 1) |
| J. KELLY, et al., | SIGNED COMPLAINT DUE WITHIN FOURTEEN DAYS |
| Defendant. | |

Plaintiff Vernon D. Carroll ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's complaint, filed January 27. 2012.

Plaintiff's complaint is unsigned. The Court must strike unsigned filings. Fed. R. Civ. P. 11(a). Accordingly, it is HEREBY ORDERED that Plaintiff's complaint, filed January 27, 2012, is STRICKEN. Plaintiff is ordered to file a signed complaint within fourteen (14) days from the date of service of this order. Failure to file a signed complaint will result in dismissal of this action. The Court notes that Plaintiff need not include the over one hundred pages of exhibits if they will unnecessarily confuse the pleadings.

IT IS SO ORDERED.

Dated:   February 13, 2012            /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE

1